IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD WOMACK,**<br><br>Petitioner,<br><br>v.<br><br>**A.P. KANE, et. al.,**<br><br>Respondents. | CIV S-05-1159 FCD GGH P<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's request for enlargement of time to file an answer to petition for writ of habeas corpus be granted to, and including September 12, 2005.

DATED: 8/16/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

SA2005300589
wo1159.eot.wpd